■ MARIA DISLA, Appellant, v DHL AIRWAYS, INC., et al., Respondents, et al., Defendants. [631 NYS2d 533] —In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Westchester County (Ruskin, J.), entered November 18, 1993, which, upon a jury verdict finding that the respondents' negligence was not a proximate cause of the accident, dismissed the complaint insofar as it is asserted against the respondents.

Ordered that the judgment is affirmed, with costs.

The plaintiff's claim regarding the inconsistency of the verdict is unpreserved for appellate review *(see, Gross v Fontano,* 206 AD2d 505). In any event, the verdict was not inconsistent *(see, Rubin v Pecoraro,* 141 AD2d 525).

Further, the jury's findings were not against the weight of the evidence, as they were supported by a fair interpretation of the evidence *(see, Briccio v Disbrow,* 212 AD2d 565; *Moskowitz v Israel,* 209 AD2d 676). Sullivan, J. P., Miller, Thompson and Ritter, JJ., concur.